# Notice Recipients

District/Off: 0971–4     User: admin     Date Created: 6/16/2023
Case: 23–40702     Form ID: 309I     Total: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Theya Prakashini Kanagaratnam | 2316 Lakeshore Ave #16    Oakland, CA 94606 |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee    Phillip J. Burton Federal Building    450 Golden Gate Ave. 5th Fl., #05–0153    San Francisco, CA 94102 |
| tr | Martha G. Bronitsky | P.O. Box 5004    Hayward, CA 94540 |
| smg | Labor Commissioner | 1515 Clay St.    Room 801    Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.    P.O. Box 942879    Sacramento, CA 94279 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit    P.O. Box 2952    Sacramento, CA 95812–2952 |
| 15511198 | CENLAR FSB | P.O. Box 77404    Ewing, NJ 08628 |
| 15511199 | Citibank NA | P.O. Box 769004    San Antonio TX 78245 |
| 15511197 | Quicken Loans LLC | 1050 Woodward Ave.    Detroit, MI 48226 |
| 15511196 | Setene Finance LP | P.O. Box 8619    Philadelphia, PA 191018619 |

TOTAL: 11