Theya Prakashini Kanagaratnam
2316 Lakeshore Ave #16
Oakland, CA 94606

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                              Case No. 23-40702 CN 13
THEYA PRAKASHINI KANAGARATNAM         (Chapter 13)

Petitioner/Debtor.

_____/

Motion for Requesting Time to File Schedules, Statement of Financial Affairs, Plan and other documents

    The motion of Theya Kanagaratnam respectfully presents:

1. Debtor has filed a voluntary petition under Chapter 13 of Title 11 of the United States Code on June 15, 2023, prior to the date hereof.

2. Debtor has not previously requested the court to extend the time to file papers.

3. Debtor is working long hours to make ends meet and has the task of putting together all the required documents for this instant petition and will need approximately 45 days to locate and prepare all foundational documentation in compliance with order of the court.

4. Debtor needs more time to determine other lawful claimants before plan, schedules and other documents can be submitted.

    WHEREFORE, debtor prays that the time for filing schedules, plan, statement of affairs and other documents be extended for forty-five days, and that she have such other and further relief as is just.

DATED: 23 June 2023                    Respectfully Presented,

                                              By: _____
                                                   Theya Prakashini Kanagaratnam

Theya Prakashini Kanagaratnam
2316 Lakeshore Ave #16
Oakland, CA 94606

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re                                            Case No. 23-40702 CN 13
THEYA PRAKASHINI KANAGARATNAM      (Chapter 13)

Petitioner/Debtor.
_____/

## Order Granting Further Time To File Schedules, Statement of Financial Affairs, Plan and other documents

Upon the motion of Theya Kanagaratnam, the above-named debtor, praying for an extension of time under Bankruptcy Rule 1007(c) and for other relief, it is:

ORDERED that the time of said debtor to file schedules and statement of affairs be, and hereby is extended for _____ days from the date of this order.

Dated: _____

_____
Bankruptcy Court Judge

Theya Prakashini Kanagaratnam
2316 Lakeshore Ave #16
Oakland, CA 94606

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re							Case No. 23-40702 CN 13
THEYA PRAKASHINI KANAGARATNAM		(Chapter 13)

Petitioner/Debtor.
_____/

Declaration of Service

I, declare as follows:

I am over the age of eighteen years old.

On June 23, A.D. 2023 I served by U.S. Mail a true copy of Debtor's Motion for Further Time to File Schedules, Statement of Financial Affairs, Plan and other documents, Order Granting Time To File Schedules, Statement of Financial Affairs, Plan and other documents in the UNITED STATES BANKRUPTCY COURT, CALIFORNIA NORTHERN BANKRUPTCY COURT to:

| | |
|---|---|
| Martha G. Bonitsky<br>Office of U.S. Trustee<br>P.O. Box 5004<br>Hayward, CA 94540 | Robertson, Anschutz, Schneid & Crane LLP<br>Theron Covey<br>350 10th Ave Ste 1000<br>San Diego, CA 92101 |

And that I served the same by depositing in an envelope a copy of the above stated documents, sealed the same and paid the required postage for mailing which was sent to the address herein which has service for U.S. Mail available.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 6/23/2023				By: *(signed)* Theya Kanaga
							Theya Prakashini Kanagaratnam

NOTICE: THIS INSTRUMENT IS ISSUED UNDER THE SOLE ACTOR DOCTRINE