United States Bankruptcy Court
Northern District of California

In re:                                                              Case No. 23-40702-CN
Theya Prakashini Kanagaratnam                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4                              User: admin                                               Page 1 of 1
Date Rcvd: Jun 28, 2023                       Form ID: pdfeoc                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID |   | Recipient Name and Address |
|---|---|---|
| db | + | Theya Prakashini Kanagaratnam, 2316 Lakeshore Ave #16, Oakland, CA 94606-1055 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023                                   Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Martha G. Bronitsky | 13trustee@oak13.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Theron S. Covey | on behalf of Creditor U.S. Bank Trust National Association tcovey@raslg.com |

TOTAL: 3



The following constitutes the order of the Court.
Signed: June 28, 2023

_____
**Charles Novack
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THEYA PRAKASHINI KANAGARATNAM,<br><br>Debtor. | Case No. 23-40702 CN<br>Chapter 13<br><br>**ORDER EXTENDING TIME TO FILE REQUIRED DOCUMENTS** |

On June 15, 2023, the court issued an Order to File Required Documents and Notice of Automatic Dismissal (the "Order"). On June 23, 2023, Debtor timely filed a Motion to Extend Time to File Schedules, Statement of Financial Affairs, Plan, and Other Documents (the "Motion"). The court has reviewed the Motion and the bankruptcy docket. Accordingly,

**IT IS HEREBY ORDERED** that the deadline to comply with the Order is extended to **July 20, 2023**. Failure to comply with the terms of this order will result in this case being dismissed without further notice.

***END OF ORDER***

| | |
|---|---|
| 1 | Case No. 23-40702 CN |
| 2 | **<u>COURT SERVICE LIST</u>** |
| 3 | |
| 4 | Theya Prakashini Kanagaratnam<br>2316 Lakeshore Ave #16 |
| 5 | Oakland, CA 94606 |
| 6 | Other recipients are ECF participants. |