# TIFFANY & BOSCO
### P.A.

CHAD L. BUTLER, ESQ (SBN 270888)
clb@tblaw.com
1455 Frazee Road, Suite 820
San Diego, CA 92108
Tel.: (619) 501-3503
Attorneys for Creditor: CitiBank, NA

## UNITED STATES BANKRUPTCY COURT

## California Northern Bankruptcy Court - Oakland

| | |
|---|---|
| In Re:<br><br>Theya Prakashini Kanagaratnam,<br><br>     Debtor. | No. 23-40702-CN<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004 |

**TO:    THE CLERK OF THE BANKRUPTCY COURT AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Tiffany & Bosco, P.A. has been retained by CitiBank, NA ("Creditor") in the above-referenced bankruptcy case. Creditor and Tiffany & Bosco, P.A. hereby request special notice of all matters relating to the property address located at 2316 Lakeshore Av, 16, Oakland, CA 94606 that must be noticed to creditors, the committee, or other parties in interest at the following addresses:

| | |
|---|---|
| **Cenlar FSB, Attn BK Dept.**<br>**425 Phillips Blvd**<br>**Ewing, NJ 08618** | Tiffany & Bosco, P.A.<br>1455 Frazee Road, Suite 820<br>San Diego, CA 92108 |

    Any appearances or filings of other documentation the instant case shall not constitute a waiver of Fed.R.Bankr. Rule 7004. The above parties must be served directly and Creditor does not authorize Tiffany & Bosco, P.A. to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

DATED: July 3, 2023           TIFFANY & BOSCO, P.A.

                          BY /s/ Chad L Butler, Esq.
                          Chad L Butler, Esq.    (SBN 270888)
                          Attorney for Creditor
                          TB File #23-80729