United States Bankruptcy Court
Northern District of California

In re:                                                                 Case No. 23-40702-CN
Theya Prakashini Kanagaratnam                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4                          User: admin                                 Page 1 of 1
Date Rcvd: Jul 20, 2023                   Form ID: FTP                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theya Prakashini Kanagaratnam, 2316 Lakeshore Ave #16, Oakland, CA 94606-1055 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023                      Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad L. Butler | on behalf of Creditor CitiBank NA caecf@tblaw.com |
| Martha G. Bronitsky | 13trustee@oak13.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Theron S. Covey | on behalf of Creditor U.S. Bank Trust National Association tcovey@raslg.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Theya Prakashini Kanagaratnam | Case No.: 23−40702 CN 13 |
| | Chapter: 13 |
| Debtor(s) | |

## ORDER AND NOTICE RE: FAILURE TO PAY FILING FEE

According to the court's records, the debtor(s) in this Chapter 13 case has failed to pay the appropriate filing fee in accordance with 28 U.S.C. §1930.

Pursuant to 11 U.S.C. §102(1), §105(a), and §707(a)(2), §1112(4)(K) or §1307(c)(2), you are hereby notified that this case will be dismissed within 14 days of the date of this order without further notice or hearing, unless within that fourteen (14) day period:

1. The debtor(s) pay in full the appropriate filing fee for Amended Sch D, E/F or Matrix or

2. The debtor(s) or a party−in−interest files a written objection to this order and requests a hearing.

ADMINISTRATIVE FEE AND FILING FEE PAYMENTS MUST BE MADE IN THE EXACT AMOUNTS. COURT FEES MAY BE PAID ONLINE USING A DEBIT CARD, PAYPAL, OR ACH (BANK ACCOUNT TRANSFER) VIA PAY.GOV. PAYMENTS MAY ALSO BE IN THE FORM OF A CASHIER'S CHECK OR MONEY ORDER MADE PAYABLE TO CLERK OF U.S. BANKRUPTCY COURT. PERSONAL CHECKS AND CASH ARE NOT ACCEPTED. PLEASE INCLUDE THE DEBTOR'S FULL NAME AND BANKRUPTCY CASE NUMBER WITH ALL PAYMENTS.

**Mailing Address:**
U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

**In person filing via Drop Box:**
U.S. Bankruptcy Court
1300 Clay Street, 2nd floor
Oakland, CA 94612

Dated: 7/20/23

By the Court:

Charles Novack
United States Bankruptcy Judge