Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Theya Prakashini Kanagaratnam | Chapter 13 Case Number: 23-40702-CN 13 |
| Debtors(s) | |

NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

  NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on September 26, 2023 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 215, Oakland, California.   All interested parties may appear in-person or by Zoom Webinar. Additional information is available on the Bankruptcy Court's website at www.canb.uscourts.gov **on Judge Novack's procedure page under Practice and Procedure for in-person hearings.**

Date: July 31, 2023                                             /s/ Martha G. Bronitsky
                                                                Signature of Martha G. Bronitsky
                                                                Chapter 13 Standing Trustee

| 1 | In Re | | |
|---|---|---|---|
| 2 | Theya Prakashini Kanagaratnam | Chapter 13 Case Number: 23-40702-CN 13 | |
| 3 | Debtors(s) | | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

July 31, 2023                                                          /s/Eliemary De Guzman
                                                                       Eliemary De Guzman

                                                                       Pro Per

Theya Prakashini Kanagaratnam
2316 Lakeshore Ave #16                                                 (Counsel for Debtor)
Oakland,CA 94606

(Debtor(s))


Cenlar Fsb                                                             Cenlar Fsb (Citibank Na)
P.O. Box 77404                                                         425 Phillips Blvd
Ewing, NJ  08628                                                       Ewing, NJ  08618
(Creditor)                                                             (Creditor)

Citibank Na                                                            Selene (Us Bank Trust Na)
P.O. Box 769004                                                        3220 El Camino Real
San Antonio Tx 78245                                                   Irvine, CA  92602
, 78245                                                                (Creditor)
(Creditor)

Quicken Loans Llc
1050 Woodward Ave.
Detroit, MI  48226
(Creditor)

Selene Finance Lp
P.O. Box 8619
Philadelphia, Pa 19101-8619
Philadelphia, PA  00000
(Creditor)