Martha G. Bronitsky, #127583
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re | Chapter 13 Case No. 23-40702-CN 13

Theya Prakashini Kanagaratnam

NOTICE OF FILED CLAIMS

debtor(s)

TO DEBTOR(S) AND DEBTOR(S)' ATTORNEY OF RECORD:

Martha G. Bronitsky, Chapter 13 Standing Trustee, has compiled a list of the claims filed, attached hereto, in the above referenced case. The Notice of Filed Claims is being served on the debtor(s) and their attorney of record so they may review the same and, in general, determine whether to:

(1) Object to any claims;

(2) File a claim for any creditor that failed to file a claim; or

(3) Modify the Plan to reconcile the Plan to the filed claims.Pursuant to Federal Rule of Bankruptcy Procedure 3004, if a creditor has not filed a timely proof of claim you may file a proof of claim on its behalf within 30 days after the expiration of the time for filing claims.

Pursuant to Section 2.01 of the Chapter 13 Plan, payments required by Sections 2.04, 2.05, 2.07, 2.08 2.10, and 3.01 will not be paid unless a timely proof of claim is filed by or on behalf of a creditor.

Pursuant to Section 2.02 of the Plan, the proof of claim, not the Plan or schedules, determine the amount and classification of a claim unless ordered otherwise.

Pursuant to Section 2.09 of the Plan, any secured claims not provided for by the Plan will not receive disbursement from the Chapter 13 Trustee.

 PLEASE NOTE THE FOLLOWING IMPORTANT DATES:

Deadline to File a Proof of Claim:

    Creditors:  August 24, 2023

    Government Unit:  December 12, 2023

Deadline for debtors to file claims:

    Creditors:  September 23, 2023

    Government Unit:  January 11, 2024

The above dates are provided for convenience of the parties.  The Chapter 13 Trustee makes no warranty as to the information herein.  The debtor(s) and their attorney of record should review and calculate all relevant dates.


Date: August 28, 2023                   /s/ Martha G Bronitsky
                                       Martha G Bronitsky
                                       Chapter 13 Trustee

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s),  by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 28, 2023

/s/ Melissa Best
_____
Melissa Best

Theya Prakashini Kanagaratnam
2316 Lakeshore Ave #16
Oakland,CA 94606

Pro Per

(Counsel for Debtor)

(Debtor(s))