UNITED STATES BANKRUPTCY COURTS
NORTHERN DISTRICT OF CALIFORNIA

IN RE: **Theya Prakashini Kanagaratnam**

CASE NUMBER: **23-40702-CN 13**

## ATTACHMENT TO NOTICE OF FILED CLAIMS

**Trustee ID: 0**
**Class: ATTORNEY FEE**

**Creditor Name: Pro Per**
, 00000

**Court Claim Number:**
**Date Claim Filed: NO CLAIM FILED**
**Claim Amount: $0.00**

---

**Trustee ID: 5**
**Class: NOTICE ONLY**

**Creditor Name: Cenlar Fsb**
P.O. Box 77404
Ewing, NJ 08628

**Court Claim Number:**
**Date Claim Filed: NO CLAIM FILED**
**Claim Amount: $0.00**

---

**Trustee ID: 6**
**Class: SECURED**

**Creditor Name: Cenlar Fsb**
425 Phillips Blvd Bk Dept
Ewing, NJ 08618

**Court Claim Number: 2**
**Date Clam Filed: 08/23/2023**
**Claim Amount: $71,178.80**

---

**Trustee ID: 7**
**Class: NOTICE ONLY**

**Creditor Name: Citibank Na**
P.O. Box 769004
San Antonio Tx 78245
, 78245

**Court Claim Number:**
**Date Claim Filed: NO CLAIM FILED**
**Claim Amount: $0.00**

---

**Trustee ID: 9**
**Class: NOTICE ONLY**

**Creditor Name: Quicken Loans Llc**
1050 Woodward Ave.
Detroit, MI 48226

**Court Claim Number:**
**Date Claim Filed: NO CLAIM FILED**
**Claim Amount: $0.00**

---

**Trustee ID: 10**
**Class: SECURED**

**Creditor Name: Selene Finance Lp**
3501 Olympus Blvd #500
Dallas, TX 75019

**Court Claim Number: 1**
**Date Clam Filed: 08/21/2023**
**Claim Amount: $307,787.01**

---

**Trustee ID: 11**
**Class: NOTICE ONLY**

**Creditor Name: Selene Finance Lp**
P.O. Box 8619
Philadelphia, Pa 19101-8619
Philadelphia, PA 00000

**Court Claim Number:**
**Date Claim Filed: NO CLAIM FILED**
**Claim Amount: $0.00**

# ATTACHMENT TO NOTICE OF FILED CLAIMS

**Trustee ID:** 0
**Class:** DEBTOR REFUND

**Court Claim Number:**
**Date Claim Filed:** NO CLAIM FILED
**Claim Amount:** $0.00

**Creditor Name:** Theya Prakashini Kanagaratnam
    2316 Lakeshore Ave #16
    Oakland, CA  94606